**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6117**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JARIAN RICKS,

            Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.    William D. Quarles, Jr., District Judge.  (1:09-cr-00428-WDQ-1; 1:12-cv-01368-WDQ)

Submitted:  May 30, 2014              Decided:  January 16, 2015

Before DUNCAN and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jarian Ricks, Appellant Pro Se.  Sujit Raman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jarian Ricks appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion in which he asserted that he was entitled to relief under the Supreme Court's ruling in United States v. Jones, 132 S. Ct. 945 (2012) (holding that attachment of a Global Positioning System tracking device to a vehicle and use of the device to track the vehicle's movements constitutes a search within the meaning of the Fourth Amendment), and that counsel was ineffective for failing to pursue a challenge to the GPS evidence. We have reviewed the record and find no reversible error. See United States v. Stephens, 764 F.3d 327, 338 (4th Cir. 2014) (applying the good faith exception to the exclusionary rule where warrantless GPS evidence was obtained prior to the decision in Jones). Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED